IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARK ALAN CHAR, #A0234438,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY SMITH, ASHLEY STIBBARD, ALAN LU, VICTOR LAU,<br><br>Defendants. | ) | 18-CV-00202-HG-WRP |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION (ECF NO. 32)**

The Findings and Recommendation having been filed and served on all parties on October 8, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28 United States Code Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to Dismiss this Action (ECF NO. 32)

//

//

//

//

is adopted as the Opinion and Order of this Court.

The Stay in this case is **LIFTED.**

The Complaint is **DISMISSED.**

The Clerk's Office is ordered to **CLOSE THE CASE.**

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, October 29, 2026.

Helen Gillmor
United States District Judge